# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

BRENDA O'BANNON                                                   PLAINTIFF

VS.                                          CIVIL ACTION NO.: 1:15-cv-94-SA-DAS

WAL-MART STORES EAST, LP                              DEFENDANT

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, **BRENDA O'BANNON,** through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for Defendant, Wal-Mart Stores East, LP, joins in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

SO ORDERED, this the 7th day of Novermber, 2017.

                                                       /s/ Sharion Aycock
                                                       **UNITED STATES DISTRICT COURT JUDGE**

**APPROVED AND AGREED:**

| | |
|---|---|
| *s/ Thomas M. Louis* | *s/ Brian K. Herrington* |
| Thomas M. Louis (MSB #8484) | Brian K. Herrington (MSB #10204) |
| Dorissa S. Smith (MSB #104541) | Herrington Law, PA |
| Wells Marble & Hurst, PLLC | 1520 N. State Street |
| P. O. Box 131 | Jackson, MS 39202 |
| Jackson, MS 39205-0131 | *Attorney for Plaintiff* |
| *Attorneys for Defendant* | |